

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Boston Area Office
15 New Dudbury St, Room 475
Boston, MA 02203
(617) 865-3670
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/22/2025

**To:** Cheryl Cato
181 Washington street 3435
BRIGHTON, MA 02135
Charge No: 523-2024-02007

EEOC Representative and email:   HANH NGUYEN
INVESTIGATOR
HANH.NGUYEN@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 523-2024-02007

On behalf of the Commission,

Digitally Signed By: Feng K. An
07/22/2025
Feng K. An
Area Office Director

Enclosure with EEOC Notice of Closure and Rights (05/25)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal. You should keep a record of the date you received EEOC's official notice of dismissal.** Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

**Cheryl Cato**

**Statement of Claim (continued)**

**1. Retaliation**
I am a Black woman. I began working at The Bostonian Hotel in July 2022. Shortly after being hired, I reported discriminatory remarks made by my Acting General Manager about Hispanic housekeeping staff to Regional HR. I also reported that this same manager made women employees cry and feel unsafe, and that he targeted employees of color. Instead of addressing these issues, the Defendant retaliated against me. My supplies were canceled or went missing, I was locked out of my office, and my requests for support in a role that always had 2–3 staff were denied.

Because of the retaliation and hostile environment, I initially gave notice. However, the Regional HR Director promised that conditions would improve and voided my resignation. Despite this, the Acting General Manager falsely claimed that I had resigned anyway. His actions directly overrode HR's decision and made it impossible for me to continue. This, combined with the ongoing retaliation, forced me out of my job in March 2024 and amounted to a constructive discharge.

**2. Race Discrimination**
When I became HR Manager, I was paid less and denied any staff support. I was told that I could only hire staff if I wrote down my daily tasks and proved they were completed. I was the only person in Human Resources responsible for approximately 80 employees, yet my predecessor was never required to do this and always had staff support, including myself and an intern. My predecessor, who was white, was also paid more than me. The defendant later claimed that the pay difference was due to a SHRM certificate, but my predecessor did not have such a certificate and it was never required for the role. The real reason for the disparity in pay and support was race.

**3. Hostile Work Environment**
I was subjected to a hostile work environment that included inappropriate comments about my Hair, clothing, and makeup in meetings, as well as hostility and unfair treatment after I reported discrimination. The treatment I endured caused me to suffer panic attacks that required hospital visits. I became emotionally unstable due to the constant stress and humiliation, and I was unable to be the best mother I could be to my daughter. The hostile work environment was severe and pervasive enough to interfere with my health, my family life, and my ability to perform my job.The Acting General Manager also shared my salary with other employees, which was done to embarrass me and create tension among staff. He also told staff members not to come to me for help, which undermined my authority and made it appear as though I was not doing my job.

**4. Constructive Discharge**
As a result of the retaliation, discrimination, and hostile work environment, I was forced out of my position in March 2024 despite being an A+ employee with no history of discipline.Defendant's actions caused me significant harm, including emotional distress, humiliation, anxiety, panic attacks, and the inability to provide for my child. I did the work of three people. I had no assistant or Manager, This was happening to force me out after speaking